UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| Shannon Lamont Smith | ) | |
|---|---|---|
| Plaintiff; | ) | |
| v. | ) | NO. 2:14-cv-00006 |
| | ) | JUDGE SHARP |
| W.S. Badcock Corporation, | ) | |
| Defendant | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/5/15.

    KEITH THROCKMORTON, CLERK
    s/Alia D. Morgan, Deputy Clerk